# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-2076
_____

GRACE JOAN SMITH,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Escambia County.
Jan Shackelford, Judge.

September 30, 2020


PER CURIAM.

AFFIRMED.

B.L. THOMAS, WINOKUR, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Valarie Linnen, Jacksonville, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.